UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| In re: )<br>)<br>MATTRESS DISCOUNTERS )<br>   CORPORATION )<br>  and )<br>MATTRESS DISCOUNTERS )<br>   CORPORATION EAST, )<br>)<br>                   Debtors. )<br>) | Chapter 11<br><br>Case Nos. 08-21642-TJC<br>and 08-21644-TJC<br><br>(Jointly Administered Under<br>Case No. 08-21642-TJC) |

**SECOND MONTHLY STATEMENT OF DLA PIPER LLP (US)
AS COUNSEL FOR THE DEBTORS FOR INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED FOR
<u>THE PERIOD NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008</u>**

| | |
|---|---|
| Name of Applicant: | DLA Piper LLP (US) |
| Authorized to Provide<br>Professional Services to: | Mattress Discounters Corporation and<br>Mattress Discounters Corporation East |
| Date of Retention: | Pursuant to Order dated 9/26/08<br>authorizing retention nunc pro tunc<br>to 9/10/08 |
| Period for which Compensation<br>and Reimbursement is Sought: | 11/1/08 through 11/30/08 |
| Amount of Compensation Sought as<br>Actual, Reasonable and Necessary: | $90,725.20 (representing 80% of total<br>fees in the amount of $113,406.50) |
| Amount of Expense Reimbursement Sought<br>as Actual, Reasonable and Necessary: | $8,213.59 |

This is the Applicant's Second Monthly Fee Statement.

- 2 -

                                        Respectfully submitted,

DATE: December 15, 2008         /s/ C. Kevin Kobbe
                                        C. Kevin Kobbe (Bar No. 07968)
                                        Shaan S. Chima (Bar No. 28561)
                                        DLA PIPER LLP (US)
                                        The Marbury Building
                                        6225 Smith Avenue
                                        Baltimore, Maryland 21209
                                        Telephone: (410) 580-4189
                                        Facsimile: (410) 580-3189
                                        Email: kevin.kobbe@dlapiper.com
                                                         shaan.chima@dlapiper.com

                                        *Counsel for the Debtors and*
                                            *Debtors in Possession*

42271998.1